J S-6

1  Stephen M. Uthoff, State Bar No. 145206
   E-mail: suthoff@uthofflaw.com
2  The Uthoff Law Corporation
   401 E. Ocean Blvd., Suite 710
3  Long Beach, California 90802
   Tele: 562-437-4301
4  Fax: 562-437-4341

5

6  Attorneys for Plaintiff
   MAERSK LINE

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11

12  MAERSK LINE,                    ) Case No. CV 08-3570 GAF (AJWx)
                                     )
13              Plaintiff,           )
                                     )
14                                   )
                                     ) **IN ADMIRALTY**
15  vs.                             )
                                     )
16  WESTERN FISH COMPANY, INC.      ) [~~PROPOSED~~] **DEFAULT JUDGMENT**
                                     ) **BY CLERK**
17  ─────────────────────────────── )
                Defendant.           ) **(F.R.Civ.P. 55(b))**
18                                   )

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27

28

                          1

1    IT IS ADJUDGED that Maersk Line recover from Western Fish Company, Inc. as

2   follows

3

4          1)      Principal in the amount of $27,864.48;

5          2)      Interest in the amount of $851.04;

6          3)      Attorneys' fees in the amount of $2,271.87;

7          4)      Costs $388.50 (per bill of costs filed concurrently herewith).

8        For a total judgment in the amount of $31,375.89 and post-judgment interest

9   pursuant to 28 U.S.C. § 1961(a).

10

11

12

13   Dated: July 22 2008                    _____

                                             Clerk of the United States District Court

14

15

16   Respectfully submitted:

17

18   By:    __s/Stephen M. Uthoff_____

19          Stephen M. Uthoff
            The Uthoff Law Corporation

20          Attorneys for Plaintiff
            MAERSK LINE

21

22

23

24

25

26

27

28

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                             )     ss.

COUNTY OF LOS ANGELES )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On July 17, 2008, I served the foregoing document described as **[PROPOSED] DEFAULT JUDGMENT BY CLERK** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Western Fish Company, Inc.
740 South Seaside Ave.
Terminal Island, California 90731

[**X**] **BY MAIL:**   I caused such envelope to be deposited in the mail at Long Beach, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FEDERAL EXPRESS NEXT DAY DELIVERY (BY 10:00 A.M.)
     The papers were deposited in an envelope designated by the express service carrier and deposited with a facility maintained by the express service courier with delivery fees paid and addressed to the address last shown by that person on any document filed in the action.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on July 17, 2008 at Long Beach, California.


                                    __s/Stephen M. Uthoff_____
                                      Stephen M. Uthoff